In the Matter of the Application of JOSEPH ALBANO v. THOMAS W. HAMMOND, as Sanitation Commissioner of the Sanitation Department of the City of New York.— Motion for leave to appeal to the Court of Appeals denied as unnecessary.

(See *Matter of Sage* v. *Broderick*, 249 N. Y. 601.)   Present — Martin, P. J., Merrell, McAvoy, Glennon and Untermyer, JJ.

